# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ZACHARY GOODMAN, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 12-CV-9848<br>)<br>) Hon. Rebecca R. Pallmeyer |
| v. | )<br>) Magistrate Judge Kim |
| WISE MEDIA, LLC, a Georgia limited liability company, | )<br>)<br>) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Zachary Goodman, by his undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action, without prejudice, against Defendant Wise Media, LLC.

Dated: December 26, 2012

Respectfully submitted,

ZACHARY GOODMAN, individually and on behalf of all others similarly situated

By: _____
    One of the Attorneys for Plaintiff
    And the Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
Aleksandra M. S. Vold
*avold@siprut.com*
Peter K. Carlson
*pcarlson@siprut.com*
**SIPRUT PC**
17 North State Street, Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.948.9196

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed this 26th day of December, 2012, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

_____
Joseph J. Siprut