## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Zachary Goodman

                          Plaintiff,

v.                                            Case No.: 1:12–cv–09848

                                                          Honorable Rebecca R. Pallmeyer

Wise Media, LLC

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 2, 2013:

      MINUTE entry before Honorable Rebecca R. Pallmeyer: Pursuant to Plaintiff's notice of dismiss, the above cause is dismissed without prejudice. Plaintiff's motion to certify class [4] is stricken as moot. Status hearing set for 2/14/2013 is stricken. Civil case terminated. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.